| | |
|---|---|
| United States District Court<br>Northern District of Illinois | 1:21-cv-00835 |
| Marla Micks, individually and on behalf of<br>all others similarly situated,<br><br>      Plaintiff,<br><br>    - against -<br><br>The Hain Celestial Group, Inc.,<br><br>      Defendant | Notice of Voluntary Dismissal |

  Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 23, 2021

                       Respectfully submitted,

                       Sheehan & Associates, P.C.

                       /s/Spencer Sheehan
                       Spencer Sheehan
                       60 Cuttermill Rd Ste 409
                       Great Neck NY 11021-3104
                       Tel: (516) 268-7080
                       Fax: (516) 234-7800
                       spencer@spencersheehan.com

1:21-cv-00835
United States District Court
NorthernDistrict of Illinois

Marla Micks, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

The Hain Celestial Group, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
60 Cutter Mill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 23, 2021

                                                                                   /s/ Spencer Sheehan
                                                                                     Spencer Sheehan

Certificate of Service

I certify that on March 23, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan